JSCH
MAD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '22 MJ2400 |
|---|---|

Plaintiff,

v.

Alexis Benito NUNO,

Defendant.

COMPLAINT FOR VIOLATION OF

Title 21, U.S.C., Section 841(a)(1)
Possession with Intent to Distribute a
Controlled Substance

The undersigned Complainant, being duly sworn, states:

On or about July 18, 2022, within the Southern District of California, defendant, Alexis Benito NUNO did knowingly and intentionally possess with the intent to distribute approximately 123.64 kilograms, of a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Victor Aguilar
Special Agent
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19 day of July, 2022.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I, Victor Aguilar, declare under penalty of perjury, the following is true and correct.

On July 18, 2022, Border Patrol Agent Rolando Aldaco and his canine partner Huno (CCEP #20001) were working roving patrol duties in the Campo, California general area. Agent Aldaco was parked on the northside of the eastbound lanes near the Interstate 8 westbound checkpoint. Agent Aldaco was parked in a lighted area with more than ten light poles which are installed on the southside of the eastbound freeway lanes. Agent Aldaco was parked in a position (facing south) where he could see the eastbound incoming traffic clearly. Agent Aldaco could easily see approximately 400 yards to his right and approximately 400 yards to his left with lighted area. Agent Aldaco was driving his Agency issued unmarked canine truck and was wearing his Agency issued Border Patrol uniform with visible insignia. Canine Huno is trained and certified in the detection of the odors of marijuana and their derivatives, methamphetamine and their derivatives, heroin and their derivatives, cocaine and its derivatives, and ecstasy and their derivatives as well as the detection of concealed humans. The Interstate 8 westbound checkpoint is located approximately ten miles north and eight miles east of the Tecate, California Port of Entry. Agent Aldaco has extensive roving patrol and interdiction training and experience over his last twelve years as a Border Patrol Agent. Agent Aldaco has apprehended numerous narcotic and alien smuggling loads conducting roving patrol interdiction.

At approximately 2:50 AM, a black GMC Sierra bearing California license plates 53574G3 approached Agent Aldaco's position. Agent Aldaco noticed the GMC Sierra moved from the fast lane into the slow lane as the GMC approached Agent Aldaco's position. Agent Aldaco had his high beam lights on and was able to see a male driver. Agent Aldaco was not able to see the rear interior due to heavy window tint. Agent Aldaco noticed that the driver tapped on his brakes several times after

passing his position. Agent Aldaco also noticed the GMC dropped his speed and noticed more tapping on the vehicle's brakes. In Agent Aldaco's training and experience, drivers that show this type of reaction behavior may be involved in criminal activity. Agent Aldaco began to follow the GMC Sierra on the eastbound freeway lanes. As soon as Agent Aldaco was approaching the GMC Sierra on the fast lane (#1 lane), the GMC Sierra again moved into the slow lane (#2 lane). Agent Aldaco was driving the slow lane (#2 lane) and he noticed that there were no vehicles near or around the GMC Sierra when the driver performed the lane change. Agent Aldaco paced the GMC Sierra and stayed behind it passing the Buckman Springs Road exit and the Kitchen Creek Road exit at approximately 60-65 miles per hour. Agent Aldaco ran records checks utilizing his Agency issued laptop. Agent Aldaco noticed the GMC Sierra came inbound on July 18, 2022 at approximately 1:27 AM through the international San Ysidro Port of Entry. Agent Aldaco noticed on DHS database system that on July 11, 2022, the GMC Sierra was referred to the secondary inspection at the Interstate 8 Border Patrol westbound checkpoint. On the secondary referral comments, Border Patrol Agent Salvador Contreras wrote that the GMC Sierra was sent to secondary inspection for suspicious behavior. Agent Contreras also inputted that the driver was coming from El Centro, California and was heading back home to Chula Vista, California after completing a roofing job. Agent Contreras stated in the comments that the driver did not have any work tools or proper attire to be a roofer. On the comments, it also stated the following: "When questioned about the number of times he passes through the I-8 westbound checkpoint, he stated this is his first time and he will not be returning to the house that he was doing the roof on. The travel pattern did not match up to the story he gave us and the driver was very nervous." Agent Aldaco then called his partner Agent Contreras who works on the day shift hours via cell phone. Agent Aldaco asked Agent Contreras if he saw anything else on July 11, 2022 when the GMC was inspected at the Interstate 8 westbound checkpoint. Agent Contreras informed Agent Aldaco that he noticed heavy tooling on the bolts that hold the gas tank

straps as well as the spare tire. Agent Contreras used a gas tank scope (ITVS Imaging Technology & Visible Solutions gas tank scope) to inspect the inside of the gas tank and did not observe anything inside the tank. Agent Contreras noticed six (6) bottles full of human urine in the rear cargo area. In Agent Contreras's training and experience, smuggler who drive long distances do not stop for restroom breaks in order to deliver their illicit contraband on time.

Agent Contreras informed Agent Aldaco that the driver, Alexis Benito NUNO, had informed him that he had not done any mechanical work to the GMC since he had purchase it. Agent Contreras also informed Agent Aldaco that NUNO was extremely nervous during questioning as to NUNO's itinerary on 7/11/2022. Agent Contreras informed Agent Aldaco that he had found $5,000.00 U.S. Dollars inside NUNO's pocket on July 11, 2022 (all in $100 bills). In Agent Contreras' training and experience, the $5,000.00 dollars could have been a payment for delivering illicit contraband before arriving at the checkpoint on July 11, 2022.

Based on the driving behavior from the GMC Sierra and the discrepancies annotated on July 11, 2022 at the Interstate 8 westbound checkpoint inspection, Agent Aldaco conducted a vehicle stop to conduct an immigration inspection 300 yards east of the Crestwood on-ramp on the Interstate 8 eastbound lanes. Agent Aldaco requested assistance via dispatch for the vehicle stop. Agent Aldaco approached the passenger side and identified himself as a United States Border Patrol Agent and questioned the driver, later identified as Alexis Benito NUNO, as to his citizenship status. NUNO stated he was a United States citizen and provided a valid U.S. passport card (C17010089). Agent Aldaco immediately noticed NUNO's hands shaking when he provided the passport card. Agent Aldaco asked NUNO as to where he was coming from and heading. NUNO stated he was coming from his house located in San Ysidro and was heading to El Centro, California for a roofing job. Agent Aldaco turned on his Agency issued AXON camera (serial #X60A38886) and began recording. Agent Aldaco asked NUNO if he could step out from the vehicle for further questioning due to the

heavy noise from incoming vehicles. NUNO freely stepped out from the GMC Sierra truck. Agent Aldaco conducted a pat down for weapons and for officer safety. Agent Aldaco asked NUNO as to why he was performing a roofing job so early at 3:00 AM. NUNO hesitated for several seconds and stated in the Spanish language that he was going to rent a hotel room before going to work. Agent Aldaco asked NUNO which hotel he was spending the night. NUNO stated in the Spanish language that someone was going to tell him which hotel to rent once he got to El Centro. Agent Aldaco asked NUNO as to exactly where he was coming from. NUNO stated he was coming from his house which is located at Dairy Mart Road in San Ysidro, California. NUNO stated that he was coming from his apartment where his wife also resides. Record checks revealed NUNO had just crossed the San Ysidro Port of Entry and had no down time for him to spend with his wife at the apartment complex as he stated to Agent Aldaco. This contradicts NUNO's story about spending time with his wife at the apartment complex. Agent Aldaco noticed deceptive and nervous behavior as NUNO was looking away and looking at the ground when responding to the Agent Aldaco's questions. Agent Aldaco asked NUNO for permission to conduct a canine sniff and a manual search on the GMC Sierra. NUNO freely gave consent to the canine sniff and the manual search several times as depicted on the AXON camera footage. Agent Aldaco then asked NUNO if he had done any recent mechanical work to the GMC Sierra. NUNO stated he had not done any recent mechanical work to his truck. Agent Aldaco also noticed that NUNO was placing his hands in his jacket and pants pockets constantly. Agent Aldaco asked NUNO as to why he was so nervous. NUNO stated that he had anxiety and was sorry for reacting the way he did when he saw Agent Aldaco's Border Patrol canine pick-up truck. U.S. Border Patrol Agents Fletcher and Abellon arrived on scene as back-up Agents.

Agent Aldaco deployed his canine partner and canine Huno alerted and pinpointed to the gas tank cap and spare tire area. Agent Aldaco placed his canine partner away to conduct a manual search. Agent Aldaco tapped the plastic gas tank with his right

hand.  Agent Aldaco felt the gas tank to be very solid.  Agent Aldaco immediately noticed "spray on dirt" around the gas tank, especially on the bolts that hold the gas tank straps.  In Agent Aldaco's training and experience, narcotic smugglers utilize "spray on dirt" to hide the tooling marks left on areas where they haul their illicit contraband.  Agent Aldaco also noticed "spray on dirt" around the spare tire.  Agent Aldaco also tapped the spare tire with his right hand.  Agent Aldaco also felt that the spare tire was solid instead of feeling hallowed.  Agent Aldaco requested a gas tank scope and a density K9 Buster in order to conduct a deeper inspection on the gas tank and spare tire.  U.S. Border Patrol Agent Montano arrive on scene with the gas tank scope as well as K9 density buster.  The density buster is used to read the amount of density from objects.  A normal reading on a spare tire should read between 36-40 utilizing the K9 density buster.  Agent Aldaco buster the spare tire and noticed a high reading of 115.  In Agent Aldaco's training and experience, having a high reading of 115 is indicative that there is illicit contraband inside the spare tire.  Agent Aldaco utilized a knife to cut open the spare tire.  Agent Aldaco punctured the spare tire with a knife and noticed several packages with the characteristics of narcotics.  Agent Aldaco informed Agent Fletcher, Montano, and Abellon to place NUNO in handcuffs for transportation of a controlled substance.  The GMC Sierra and NUNO were taken to the Interstate 8 westbound checkpoint for further processing and inspection.  The GMC Sierra was placed at the vehicle lift in order to retrieve the spare tire and gas tank.

Agent Aldaco, Border Patrol Agent Ronald Geylin, and Agent Jake Cleaver removed a total of **63** packages from the gas tank and **45** packages from the spare tire.  A total of **108** packages of suspected M30 Fentanyl pills were retrieved from the gas tank and spare tire with a total weight of 113.20 Kilograms (249.04 LBS).  The packages from the spare tire were wrapped in clear plastic bags with no markings or labels.  The packages from the gas tank were wrapped in clear vacuum sealed bags with no markings or labels.  At approximately 6:15 AM, Agent Aldaco tested a small M30 suspected

Fentanyl pill.  Agent Aldaco utilized field test kit (Fentanyl Reagent #33) to test the package.  The result from suspected Fentanyl pill came back positive for Fentanyl.

At approximately 6:15 a.m. NUNO was informed that he was under arrest for 21 USC Sec. 841, Possession with Intent to Distribute a Controlled Substance.

The fentanyl was inventoried, weighed and logged into evidence with a total weight of approximately 123.64 kilograms, the measured weight includes packaging.

NUNO was arrested for violation of Title 21 USC Sec. 841, possession with intent to distribute a controlled substance.